No. 992. Ross et al., Trustees v. Bernhard et al. C. A. 2d Cir. Certiorari granted. *William E. Haudek* for petitioners. *Marvin Schwartz* for respondents Clark et al., *William J. Manning* for respondents Bernhard et al., and *E. Roger Frisch* for respondent Lehman Corp.

No. 720. Caci, aka Milano v. United States; and No. 954. Cino v. United States. C. A. 2d Cir. Certiorari denied. *Nathan S. Silverberg* for petitioner in No. 720, and *Abraham Glasser* and *Peter L. Parrino* for petitioner in No. 954. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States in both cases. Reported below: 401 F. 2d 664.

No. 939. Tyler v. United States. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Charles Ruff* for the United States.

No. 955. National Cash Register Co. v. United States. C. A. 6th Cir. Certiorari denied. *Joseph G. Blandi, C. Rudolf Peterson,* and *George W. Beatty* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Stuart A. Smith* for the United States.

No. 993. University of Illinois Foundation v. Winegard Co. C. A. 8th Cir. Certiorari denied. *Charles J. Merriam* for petitioner. *Keith J. Kulie* and *Donald B. Southard* for respondent.